IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | CHAPTER 13 |
| ANTONIO FRANCINE FLIGHT and KIM LYNNICE FLIGHT, | NO. 14-16434-TWD |
| Debtors, | ORDER |
| THE BENSON CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation, | Adv. No. 14-01385-TWD |
| Plaintiff, | |
| v. | |
| ANTONIO FRANCINE FLIGHT and KIM LYNNICE FLIGHT, individually and their marital community, | |
| Defendants. | |

ORDER - 1

**CURRAN** LAW FIRM P.S.
555 West Smith Street
Post Office Box 140
Kent, Washington 98035-0140
(T) 253 852 2345 / (F) 253 852 2030

Pursuant to the stipulation filed by the Plaintiff, The Benson Condominium Owners Association, and the Defendants, Antonio Francine Flight and Kim Lynnice Flight, it is now hereby ORDERED as follows:

1. Upon entry of this Order, Defendants shall transfer all of their right and interest attendant to their ownership interest in 1425 S. Puget Dr. #E-6, Renton, Washington 98105 (the "Property") to the Association by executing a deed in lieu of foreclosure and by delivering said deed in lieu of foreclosure to the Association's attorney of record, J. David Huhs of Curran Law Firm at 555 W Smith Street, Kent, Washington 98032.

2. By accepting the deed in lieu of foreclosure, the Association shall not take the Property subject to any intervening junior claims, liens, or encumbrances.

3. Defendants assign any and all rights and interest under said the month-to-month lease agreement for the Property to the Association upon execution of the deed in lieu of foreclosure.

4. All pre-petition and post-petition condominium assessments shall be deemed dischargeable in bankruptcy.

5. Defendants shall indemnify and hold harmless the Association from and against all debts, obligations, taxes (state and federal), liabilities, claims and causes of action, incurred or accrued with respect to the Property up until such time that Defendants have transferred legal title to the Property to the Association via deed in lieu.

6. Any taxes or costs related to the transfer of the Property to the Association shall be borne by Defendants.

7. By accepting the deed in lieu of foreclosure, the Association shall not be liable for debts owed by Defendants to mortgagees or lien holders of the Property, including without limitation City National Bank.

8. Defendants represent and warrant that the Property is not subject to any pending tax foreclosure or other foreclosure by any governmental entity.

ORDER - 2

**CURRAN** LAW FIRM P.S.
555 West Smith Street
Post Office Box 140
Kent, Washington 98035-0140
(T) 253 852 2345 / (F) 253 852 2030

Case 14-01385-TWD   Doc 6   Filed 09/30/14   Ent. 09/30/14 13:53:24   Pg. 2 of 3

1. 9. Each party shall bear their own attorneys' fees and costs incurred in this matter.

/// **END OF ORDER**///

Presented by:

**CURRAN LAW FIRM, P.S.**

/s/ J. David Huhs
John David Huhs, WSBA # 37990
Attorney for Plaintiff

APPROVED AS TO FORM; NOTICE OF
PRESENTATION WAIVED:

**LAW OFFICES OF JASON S. NEWCOMBE**

/s/ Erin Lane
Erin Lane, WSBA # 42504
Attorney for Defendants / Debtors

CURRAN LAW FIRM P.S.
555 West Smith Street
Post Office Box 140
Kent, Washington 98035-0140
(T) 253-852-2345 / (F) 253 852 2030

ORDER - 3
Case 14-01385-TWD    Doc 6    Filed 09/30/14    Ent. 09/30/14 13:53:24    Pg. 3 of 3